Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000819
20-MAY-2020
10:13 AM

NO. CAAP-19-0000819

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee, v.
VASILIY TRUBACHEV, Defendant-Appellee, and
ULADZIMIR REDZKO, Real Party in Interest-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CASE NO. 3CPC-18-0000088)

ORDER DISMISSING APPEAL
(By: Ginoza, Chief Judge, Leonard and Wadsworth, JJ.)

Upon review of the record, it appears that:

(1) On November 21, 2019, self-represented Real Party in Interest-Appellant Uladzimir Redzko (Redzko) filed the notice of appeal;

(2) On January 13, 2020, the circuit court clerk filed the record on appeal, and the appellate clerk notified the parties that the statement of jurisdiction and opening brief were due on or before January 23, 2020, and February 24, 2020, respectively;

(3) Redzko did not file either document or request an extension of time;

(4) On March 10, 2020, the appellate clerk notified Redzko that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on March 20, 2020, for appropriate action, which could include dismissal of the appeal, under Hawaiʻi Rules

of Appellate Procedure Rules 12.1(e) and 30, and Redzko could request relief from default by motion; and

(5) Redzko took no further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, May 20, 2020.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge